ARW:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20769-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUIS ERNESTO GUEVARA BARREDA,

    Defendant.
_____/

## FINAL ORDER OF FORFEITURE

Upon motion of the United States for entry of a final order of forfeiture, pursuant to Title 21, United States Code, Section 853(n) and Rule 32.2 of the Federal Rules of Criminal Procedure, upon a review of the record in this matter and for good cause shown thereby, the Court finds that:

1. On January 15, 2008, this Court entered a Preliminary Order of Forfeiture (DE # 42), condemning and forfeiting the interest of defendant LUIS ERNESTO GUEVARA BARREDA in the sum of $1,023.00 in United States currency to the United States of America, pursuant to Title 18, United States Code, Sections 982(a)(6) and (b) and Title 21, United States Code, Section 853.

2. A Notice of Criminal Forfeiture was posted on an official government internet site for at least thirty consecutive days, beginning on February 2, 2008. In addition, on February 6, 2008, a Notice of Forfeiture was published in the <u>Miami Daily Business Review</u>, a newspaper of general circulation.

3. The Declaration of Publication was filed with the Clerk of this Court on March 12, 2008 [DE# 43].

4. All persons known to the United States to have a legal interest in the property ordered forfeited have thereby been notified according to Title 21, United States Code, Section 853(n)(1).

5. The published notices and/or written notices stated the intent of the United States to forfeit all right, title and interest in and to dispose of the property identified in said Preliminary Order of Forfeiture; advised all third parties, if any, of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property; and set forth the requirement that anyone seeking to claim an interest in the property to be forfeited must file a petition, in conformance with Title 21, United States Code, Section 853, within thirty days after the earlier of the final date of publication of the notice or the receipt of actual notice.

6. The time period for filing petitions has expired.

7. No third party has filed a petition for an ancillary hearing and the Court is not aware of any party having any interest in the property ordered forfeited by the Preliminary Order of Forfeiture identified herein above.

ACCORDINGLY, pursuant to Title 18, United States Code, Sections 982(a)(6) and (b) and Title 21, United States Code, Section 853, it is hereby:

**ORDERED AND ADJUDGED** that all right, title, claim and interest **in the sum of $1,023.00 in United States currency** is hereby forfeited to and clear title vested in the United States of America.

It is further **ORDERED** that the United States Customs and Border Protection, or any other duly authorized law enforcement official, shall dispose of the forfeited property in accordance with the law.

**DONE AND ORDERED**, in Chamber, this 7 day of April, 2008.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:   AUSA Arimentha R. Walkins (2 certified copies)